

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 09-41789-EC |
| YOLANDA MADRIGAL | Chapter: 13 |
| Debtor(s). | |
| YOLANDA MADRIGAL | Adversary No.: 10-02611-EC |
| Plaintiff(s), | SCHEDULING ORDER |
| vs. | |
| BANK OF AMERICA (REFERENCE NUMBER 755447), ITS ASSIGNEES AND/OR SUCCESSORS IN INTERESTS; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5 INCLUSIVE | |
| Defendant(s). | |

This adversary proceeding having been assigned to the undersigned judge,

IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

    Status Conference:                                  12/13/2010    at  1:30 p.m.

    Discovery Cutoff (all discovery motions
    must be heard by this date):                    2/28/2011

|   |   |   |
|---|---|---|
| Date by which all other pretrial motions must be heard: | 5/31/2011 | |
| Pretrial Conference: | 7/27/2011 | at 3:00 p.m. |
| Trial: | 8/8/2011 | at 9:30 a.m. |

2. The above trial date is a stacking date. An actual trial date will be assigned during the pretrial conference. The actual trial date is likely to be within five court days of the stacking date and definitely will be within the same month as the stacking date.

3. This order applies to counsel for all parties and to individuals not represented by counsel.

4. Unless otherwise ordered, all applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules shall apply to this adversary proceeding.

5. All parties shall review the Second Amended General Order No. 95-01 ("Adoption of Mediation Program for Bankruptcy Cases and Adversary Proceedings").

6. The plaintiff shall serve a copy of this scheduling order on all parties to the adversary proceeding along with the summons and complaint. Proof of service of the summons and complaint must indicate that copies of this scheduling order were served in accordance with this order.

7. The plaintiff must serve, along with the summons, complaint and this order, a notice that compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7026-1 is required. The plaintiff must file proof of service of the notice with the proof of service of the summons, complaint and this order.

8. All counsel and parties must comply with Local Bankruptcy Rule 7016-1 which requires filing a joint status report at least fourteen days (or a unilateral status report at least ten days) before the status conference. The status report shall be prepared on Local Form No. F 7016-1.1.

9. If the parties request dates for discovery cutoff, pretrial motion cutoff, pretrial conference, or trial other than those ordered herein, this request shall be made in the joint status report, together with a statement of the reasons for the requested dates.

10. The parties must include in their joint status report a statement, in compliance with Local Bankruptcy Rule 7026-1(b)(2), that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

11. If no response to the complaint is timely filed, the plaintiff may request entry of default by the Clerk of the Bankruptcy Court. See Local Bankruptcy Rule 7055-1(a). The plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. See Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7055-1(b).

12. The court will not schedule more than one motion for summary judgment in any given week. If a party waits until just before the pretrial motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be set for hearing.

13. Pursuant to Local Bankruptcy Rule 7016-1(b)(1), a joint pretrial order in strict compliance with the provisions of Local Bankruptcy Rule 7016-1(b)(2) shall be lodged at least fourteen days before the date set for the pretrial conference.

14. Failure to comply with the provisions of this order may subject the responsible party to sanctions.

15. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may be entered against the defaulting party.

DATED: September 2, 2010

_____
Ellen Carroll
United States Bankruptcy Judge

4/15/09

**NOTE TO USERS OF THIS FORM**:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled __SCHEDULING ORDER__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

L. Bishop Austin
3250 Wilshire Blvd., Suite 1500
Los Angeles, CA 90010

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

KATHLEEN J. CAMPBELL, Clerk
U.S. Bankruptcy Court

By:
SONIA BEAUCHAMP
_____
Deputy Clerk